**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**HUI QIANG YAN, a.k.a. Hui Chang,
Defendant–Appellant.**

**No. 11–10641.**

United States Court of Appeals,
Ninth Circuit.

Submitted April 16, 2013.*

Filed April 17, 2013.

Garth R. Backe, Assistant U.S., USNMI–Office of the U.S. Attorney, Saipan, MP, for Plaintiff–Appellee.

Ramon King Quichocho, Jr., Esquire, Counsel, Law Offices of Ramon K. Quichocho, LLC, Saipan, MP, for Defendant–Appellant.

Before: CANBY, IKUTA, and WATFORD, Circuit Judges.

MEMORANDUM **

Hui Qiang Yan appeals from the district court's judgment and challenges the three-month sentence imposed following his guilty-plea conviction for conspiracy to unlawfully produce and transfer an identifica-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

tion document, in violation of 18 U.S.C. § 1028(a)(1), (a)(2), and (f). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Yan's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Yan the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.